**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| BIOVAIL CORP., ET AL., | : | Civil Action No. 06-1625(HAA) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| S.A.C. CAPITAL MANAGEMENT, LLC, ET AL., | : | **ORDER** |
| | : | |
| Defendants. | : | May 24, 2006 |
| | : | |

**SUSAN D. WIGENTON, UNITED STATES MAGISTRATE JUDGE:**

The motion to stay proceedings until the motion to remand is decided, filed by the S.A.C.

Defendants and joined by Defendant David Maris, is denied.  A complete stay of the proceedings is

not warranted, and said Defendants' reliance upon the Private Securities Litigation Reform Act is

misplaced.  The motions to strike arguments and other improper filings are moot and dismissed.

However, for good cause, the S.A.C. Defendants and Defendant Maris shall have 20 days to

answer, move or otherwise plead, once the motion to remand is decided.

As only Defendant Patrick Duff has answered, the initial conference scheduled for June 23,

2006 is adjourned until August 15, 2006 at 11:00 AM.

**SO ORDERED**.

**S/SUSAN D. WIGENTON**
UNITED STATES MAGISTRATE JUDGE

Orig:  Clerk
cc:    District Judge
       Parties
       File