NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-0400
Counsel for Plaintiffs

---------------------------------------------------------------x
BIOVAIL CORPORATION AND : SUPERIOR COURT OF NEW JERSEY
BIOVAIL PHARMACEUTICALS, INC. : LAW DIVISION: ESSEX COUNTY
:
Plaintiffs, : Docket No. ESX-L-1583-06
:
v. : Civil Action
:
S.A.C. CAPITAL MANAGEMENT, LLC, :
S.A.C. CAPITAL ADVISORS, LLC, :
S.A.C. CAPITAL ASSOCIATES, LLC, :
S.A.C. HEALTHCO FUNDS, LLC, :
SIGMA CAPITAL MANAGEMENT, LLC, :
STEVEN A. COHEN, ARTHUR COHEN, : NOTICE OF VOLUNTARY
JOSEPH HEALEY, TIMOTHY : DISMISSAL PURSUANT TO
MCCARTHY, DAVID MARIS, : RULE 4:37-1(a)
GRADIENT ANALYTICS, INC., :
CAMELBACK RESEARCH ALLIANCE, :
INC., JAMES CARR BETTIS, :
DONN VICKREY, PINNACLE :
INVESTMENT ADVISORS, LLC, :
HELIOS EQUITY FUND, LLC, :
HALLMARK FUNDS, GERSON :
LEHRMAN GROUP, GERSON :
LEHRMAN GROUP BROKERAGE :
SERVICES, LLC, THOMAS LEHRMAN, :
PATRICK DUFF, JAMES LYLE, AND :
DOES 1 THROUGH 50, :
:
Defendants. :
---------------------------------------------------------------x

Clerk, Essex County
Superior Court of New Jersey
50 West Market Street
Newark, New Jersey 07102

SIR:

PLEASE TAKE NOTICE that no answer or motion for summary judgment having been filed in this matter on behalf of defendant Hallmark Funds, all claims in the Complaint against defendant Hallmark Funds are hereby dismissed without prejudice.

NAGEL RICE, LLP<br>
Counsel for Plaintiffs<br><br>
BY: _____<br>
BRUCE H. NAGEL

Dated: February 2, 2007

## SERVICE LIST

### COUNSEL FOR PLAINTIFFS

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
Nagel Rice
103 Eisenhower Parkway
Roseland, NJ  07068

Marc E. Kasowitz, Esq.
Daniel R. Benson, Esq.
Michael J. Bowe, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

### COUNSEL FOR S.A.C. CAPITAL MANAGEMENT, LLC, S.A.C. CAPITAL ADVISORS, LLC, SIGMA CAPITAL MANAGEMENT, LLC, and STEVEN A COHEN

Lewis R. Clayton, Esq.
Daniel J. Kramer, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY  10019-6064

Gregory B. Reilly, Esq.
Deborah A. Silodor, Esq.
Lowenstein Sandler, PC
65 Livingston Ave.
Roseland, NJ  07068-1791

Andrew T. Berry, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ  07101-0625

Martin Klotz, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Ave.
New York, NY  10019

**COUNSEL FOR GRADIENT ANALYTICS, INC., CAMELBACK RESEARCH, ALLIANCE, INC., HELIOS EQUITY FUND, LLC, PINNACLE INVESTMENT ADVISORS, LLC, JAMES CARR BESSIS and DONN VICKREY**

Michael O. Kassak, Esq.
Chad A. Rutkowski, Esq.
White & Williams, Esqs.
457 Haddonfield Rd.
Suite 400
Cherry Hill, NJ  08002-2220

Susan J. Harriman, Esq.
Keker & Van Nest LLP
710 Sansome St.
San Francisco, CA  94111

**COUNSEL FOR TIMOTHY MC CARTHY**

Matthew J. Fedor, Esq.
Drinker Biddle & Reath LLP
500 Campus Dr.
Florham Park, NJ  07932-1047

**COUNSEL FOR ARTHUR COHEN and JOSEPH HEALEY**

Stuart M. Sarnoff, Esq.
Kevin T. Rover, Esq.
Morgan Lewis & Bockius LLP
101 Park Ave.
New York, NY  10178-0060

Joseph G. Petrosinelli, Esq.
John E. Joiner, Esq.
Williams & Connolly, LLP
725 Twelfth St., NW
Washington, D.C.  20005